UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLORIA HULSEY, Executrix of the Estate of NAOMI FRANKLIN, Deceased,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NORTH POINTE INSURANCE COMPANY,<br><br>　　Defendant. | Case No. 12-cv-232-JPG-PMF |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 13, 2013**　　　　　　　　NANCY J. ROSENSTENGEL, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　s/ Jina Hoyt, Deputy Clerk


**Approved:**　　s/J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**