UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLORIA HULSEY, Executrix of the Estate of
NAOMI FRANKLIN, Deceased,

    Plaintiff,

    v.

NORTH POINTE INSURANCE COMPANY,

    Defendant.

Case No. 12-cv-232-JPG-PMF

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 13, 2013**          NANCY J. ROSENSTENGEL, Clerk of Court

                                                                         **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                  **J. PHIL GILBERT
                  DISTRICT JUDGE**